

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-19-00315-CV

Juan Jesus Isaias **LOPEZ**, EBG Cargo, LLC and Mario Albert Rodriguez,
Appellants

v.

Lawrence **STURDEN**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA001873D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before August 5, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court